# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

FREDERICK LAWRENCE TAYLOR,

                 :

        Petitioner,                  Case No. 3:06-mc-009

                 :        District Judge Walter Herbert Rice

   -vs-                        Chief Magistrate Judge Michael R. Merz

UNNAMED,

                 :

        Respondent.

---

## RECUSAL ORDER

---

This matter is before the Court on a letter complaint sent by Petitioner to Senior Judge Walter Herbert Rice on June 28, 2006. Although it appears to seek habeas relief, the Clerk opened this as a miscellaneous case on July 18, 2006. It was randomly assigned to Judge Rice and the undersigned.

Pursuant to the Dayton General Order of Assignment and Reference, the case would automatically be referred to the assigned magistrate judge, both because it is a habeas corpus case and because Petitioner is proceeding *pro se*.

However, the undersigned is advised by the Clerk's Office that Judge Rice desires to handled this matter personally, without reference to a magistrate judge. Accordingly, the undersigned recuses himself from further involvement in this case unless and until it is referred by an individual order of reference.

July 19, 2006.

                                  s/ Michael R. Merz
                          Chief United States Magistrate Judge

H:\DOCS\Taylor, F.L. Habeas 01.wpd